UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20cr61/MCR

ISHMEAL S. HODGES
_____/

**O R D E R**

The chief magistrate judge issued a Report and Recommendation on August 12, 2021.  ECF No. 61.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 61, is adopted and incorporated by reference in this Order.

2. Defendant's motion to suppress evidence, ECF No. 53, is **DENIED**.

**DONE AND ORDERED** this 10th day of September 2021.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**